STATE v. DAVID BELL.

Where no exceptions are made below, and no error is apparent upon the record, the judgment will be affirmed.

The defendant was indicted for RAPE, and tried before *Boykin, J.,* at August Term, 1888, of the Superior Court of MADISON County, and, upon conviction and judgment, appealed to this Court.

*Attorney General,* for the State.
*Mr. T. P. Devereux,* for the defendant.

DAVIS, J.   No errors are assigned in the case on appeal, or in the record, and, in return to a writ of *certiorari* from

this Court, it is certified that no exceptions whatever " were noted at any time before or after verdict, either to the admission or to the refusal to admit evidence, or to the charge of the Judge." Upon a careful examination of the record, no error appears, and the judgment must be affirmed.

No error.                                   Affirmed.